# State of Indiana
# Office of the Secretary of State

## Certified Copies

To Whom These Presents Come, Greeting:

I, HOLLI SULLIVAN, Secretary of State of Indiana, do hereby certify that I am, by virtue of the laws of the State of Indiana, the custodian of the corporate records and the proper official to execute this certificate.

I further certify that this is a true and complete copy of this **12** page document consisting of the following records filed in this office:

Certification Date: June 24, 2021
Business Name: DEFENDERS, LLC
Business ID: 1998031492

| Transaction | Date Filed | No. of pages |
|---|---|---|
| Articles of Incorporation | 03/18/1998 | 2 |
| Articles of Conversion | 01/06/2020 | 7 |
| Articles of Merger | 03/31/2021 | 3 |
| | Total No. of pages | 12 |



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, June 24, 2021

*Holli Sullivan*

HOLLI SULLIVAN
SECRETARY OF STATE

1998031492 / 13838369

**All certificates should be validated here:** https://bsd.sos.in.gov/ValidateCertificate
**Expires on July 24, 2021.**

STATE OF INDIANA
OFFICE OF THE SECRETARY OF STATE

CERTIFICATE OF INCORPORATION

OF

DEFENDER SECURITY COMPANY

I, SUE ANNE GILROY, Secretary of State of Indiana, hereby certify that Articles of Incorporation of the above corporation have been presented to me at my office accompanied by the fees prescribed by law; that I have found such Articles conform to law; all as prescribed by the provisions of the Indiana Business Corporation Law, as amended.

NOW, THEREFORE, I hereby issue to such corporation this Certificate of Incorporation, and further certify that its corporate existence will begin March 18, 1998.

In Witness Whereof, I have hereunto set my hand and affixed the seal of the State of Indiana, at the City of Indianapolis, this Eighteenth day of March, 1998.

Deputy

# ARTICLES OF INCORPORATION

State Form 4159 (R10 / 8-95)
Approved by State Board of Accounts 1995

SUE ANNE GILROY
SECRETARY OF STATE
CORPORATIONS DIVISION
302 W. Washington St. Rm. E018
Indianapolis, IN 46204
Telephone: (317) 232-6576

**INSTRUCTIONS:** Use 8 1/2" x 11" white paper for inserts.
Present original and two (2) copies to address in upper right corner of this form.
Please TYPE or PRINT.
Upon completion of filing, the Secretary of State will issue a receipt.

Indiana Code 23-1-21-2
FILING FEE: $90.00

## ARTICLES OF INCORPORATION

The undersigned, desiring to form a corporation (hereinafter referred to as "Corporation") pursuant to the provisions of:

[X] Indiana Business Corporation Law
As amended, executes the following Articles of Incorporation:

[ ] Indiana Professional Corporation Act 1983, Indiana Code 23-1.5-1-1, et seq. (Professional corporations must include Certificate of Registration.)

### ARTICLE I - NAME AND PRINCIPAL OFFICE

Name of Corporation (the name must include the word "Corporation", "Incorporated", "Limited", "Company" or an abbreviation thereof.)
**Defender Security Company**

Principal Office: The address of the principal office of the Corporation is:

| Post office address | City | State | ZIP code |
|---|---|---|---|
| 10780 Central Avenue | Indianapolis | IN | 46280 |

### ARTICLE II - REGISTERED OFFICE AND AGENT

Registered Agent: The name and street address of the Corporation's Registered Agent and Registered Office for service of process are:

Name of Registered Agent
**David P. Lindsey**

| Address of Registered Office (street or building) | City | | ZIP code |
|---|---|---|---|
| 10780 Central Avenue | Indianapolis | Indiana | 46280 |

### ARTICLE III - AUTHORIZED SHARES

Number of shares the Corporation is authorized to issue: **100,000**

If there is more than one class of shares, shares with rights and preferences, list such information as "Exhibit A."

### ARTICLE IV - INCORPORATORS

[the name(s) and address(es) of the incorporators of the corporation]

| NAME | NUMBER AND STREET OR BUILDING | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| David P. Lindsey | 10780 Central Ave. | Indianapolis | IN | 46280 |
| Jessica A. Lindsey | 10780 Central Ave. | Indianapolis | IN | 46280 |

In Witness Whereof, the undersigned being all the incorporators of said Corporation execute these Articles of Incorporation and verify, subject to penalties of perjury, that the statements contained herein are true,
this **19th** day of **March**, 19 **98**.

Signature: [signed]   Printed name: David P. Lindsey
Signature: [signed] Jessica A. Lindsey   Printed name: Jessica A. Lindsey
Signature:   Printed name:

This instrument was prepared by: (name) **David P. Lindsey**
Address (number, street, city and state) **10780 Central Ave., Indianapolis, IN**   ZIP code **46280**

# State of Indiana
## Office of the Secretary of State

### Certificate of Conversion
### of
# DEFENDERS, INC.

I, CONNIE LAWSON, Secretary of State, hereby certify that Articles of Conversion of the above Domestic For-Profit Corporation have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.

The name following said transaction will be:

### DEFENDERS, LLC

NOW, THEREFORE, with this document I certify that said transaction will become effective Friday, January 03, 2020.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, January 06, 2020

*Connie Lawson*

CONNIE LAWSON
SECRETARY OF STATE

1998031492 / 8482867

To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

Approved and Filed
1998031492/8482867
Filing Date: 01/06/2020
Effective :01/03/2020 11:50
CONNIE LAWSON
Indiana Secretary of State



**ARTICLES OF CONVERSION**
**DOMESTIC ENTITIES**
State Form 56356 (R4 / 6-19)

Indiana Code 23-0.5-8-49
23-0.6-4-5

**FILING FEE: $30.00**

The undersigned, desiring to convert and entity's type of entity pursuant to the provisions of Indiana Code 23-0.6-4, executes the following Articles of Conversion.

### ARTICLE I – NAME AND JURISDICTION OF ENTITY

**SECTION 1:** Name of the entity *(The name must meet the requirements of Indiana Code 23-0.5-3-1.)*

a. The name of the entity immediately before filing these Articles of Conversion
Defenders, Inc.

b. The name of the entity immediately after filing these Articles of Conversion
Defenders, LLC

**SECTION 2:** Entity type *(Example: corporation, limited liability company, etc.)*

a. The entity type of the entity immediately before filing these Articles of Conversion
Corporation

b. The entity type of the entity immediately after filing these Articles of Conversion
Limited Liability Company

**SECTION 3:** Jurisdiction

a. The jurisdiction of formation of the entity immediately before filing these Articles of Conversion
Indiana

b. The jurisdiction of formation of the entity immediately after filing these Articles of Conversion
Indiana

### ARTICLE II – EFFECTIVE DATE

Effective date of the Articles of Conversion *(month, day, year) (The effective date may not be more than ninety (90) days after the date the Articles of Conversion were filed.)*
January 3, 2020

### ARTICLE III – PUBLIC ORGANIC RECORD

*Please complete either a. or b. below.*

a. If, after the conversion becomes effective, the entity will become a domestic entity, please attach the entity's public organic record (defined in IC 23-0.5-1.5-33) as required by Indiana Code 23-0.6-4-5(b)(5) and designate it "Exhibit A." The public organic record should be the initial filing form (For example: Articles of Incorporation) for the domestic entity that will exist after these Articles of Conversion are filed.

b. If, after the conversion becomes effective, the entity will become a foreign entity, please provide an address and e-mail address to which the Secretary of State may send any process served on the Secretary of State under Indiana Code 23-0.5-4-6(e).

| Number and street | City | State | ZIP code |
|---|---|---|---|
| | | | |

E-mail address

### ARTICLE IV – REGISTERED AGENT INFORMATION

*To determine if your Registered Agent is a Commercial Registered Agent (CRA), go to INBIZ.in.gov.*

*Provide either commercial registered agent or noncommercial registered agent information below.*

☐ Commercial registered agent | Name of registered agent *(Do not provide address.)*

**OR**

☑ Noncommercial registered agent | Name of registered agent
Mark J. Colucci

| Address (number and street) (A P.O. Box is not acceptable unless accompanied by a Rural Route number.) | City | State | ZIP code |
|---|---|---|---|
| 3750 PRIORITY WAY SOUTH DRIVE | INDIANAPOLIS | IN | 46240 |

*(OPTIONAL)* E-mail address of the registered agent at which the registered agent will accept electronic service of process
mjc@homedefenders.com

☑ By checking the box, the Signator(s) represent(s) that the Registered Agent named in these Articles of Conversion has consented to the appointment of Registered Agent.

IN SEC OF STATE RCVD
JAN 3 '20 AM 11:50

Page 1 of 2

Approved and Filed
1998031492/8482867
Filing Date: 01/06/2020
Effective :01/03/2020 11:50
CONNIE LAWSON
Indiana Secretary of State

## ARTICLE V – APPROVAL

This conversion was approved in accordance Indiana Code 23-0.6.

In Witness Whereof, the undersigned duly authorized representative of the entity executes these Articles of Conversion and verifies, subject to penalties of perjury, that the statements contained herein are true, this __3rd__ day of _____January_____, 20 __20__.

Signature

Printed name: David P. Lindsey

Title: Chief Executive Officer

Approved and Filed
1998031492/8482867
Filing Date: 01/06/2020
Effective :01/03/2020 11:50
CONNIE LAWSON
Indiana Secretary of State

## EXHIBIT A

## ARTICLES OF ORGANIZATION
## OF
## DEFENDERS, LLC

### Article I
### Name

The name of the limited liability company shall be Defenders, LLC (the "**Company**"). The principal office address of the Company is 3750 Priority Way South Drive, Indianapolis, Indiana 46240.

### Article II
### Duration

The period of the Company's duration shall be perpetual unless sooner dissolved in accordance with the Indiana Business Flexibility Act (the "**Act**").

### Article III
### Purpose

The Company shall have unlimited power to engage in and do any lawful act concerning any or all lawful businesses for which limited liability companies may be organized according to the laws of the State of Indiana, including all powers and purposes now and hereafter permitted by law to a limited liability company.

### Article IV
### Registered Office and Registered Agent

The address of the registered office of the Company in Indiana is 3750 Priority Way South Drive, Indianapolis, Indiana 46240. The name of the registered agent of the Company at the above registered office is Mark Colucci. The email address for service of process is mjc@homedefenders.com. The registered agent named in these Articles of Organization has consented to the appointment as registered agent.

### Article V
### Management

The Company is to be managed by its members.

### ARTICLE VI
### Amendment of Articles

Approved and Filed
1998031492/8482867
Filing Date: 01/06/2020
Effective :01/03/2020 11:50
CONNIE LAWSON
Indiana Secretary of State

The Articles of Organization may be amended or restated by a vote of a majority-in-interest of the members.

## ARTICLE VII
### Indemnification of Members, Organizers and Managers

(A)   To the greatest extent not inconsistent with the laws and public policies of Indiana, including the Act, the Company shall indemnify any Member, Organizer or Manager (any such Member, Organizer or Manager, who is a person, and any responsible officers, partners, shareholders, directors, or managers of such Member, Organizer or Manager which is an Entity, hereinafter being referred to as the indemnified "individual") made a party to any proceeding because such individual is or was a Member, Organizer, or Manager as a matter of right, against all liability incurred by such individual in connection with any proceeding; provided that it shall be determined in the specific case in accordance with paragraph (D) of this Article that indemnification of such individual is permissible in the circumstances because the individual has met the standard of conduct for indemnification set forth in paragraph (C) of this Article. The Company shall pay for or reimburse the reasonable expenses incurred by a Member, Organizer or Manager in connection with any such proceeding in advance of final disposition thereof if: (i) the individual furnishes the Company a written affirmation of the individual's good faith belief that he or she has met the standard of conduct for indemnification described in paragraph (C) of this Article; (ii) the individual furnishes the Company a written undertaking, executed personally or on such individual's behalf, to repay the advance if it is ultimately determined that such individual did not meet such standard of conduct; and (iii) a determination is made in accordance with paragraph (D) that based upon facts then known to those making the determination, indemnification would not be precluded under this Article. The undertaking described in sub-paragraph (A)(ii) above must be a general obligation of the individual, subject to such reasonable limitations as the Company may permit, but need not be secured and may be accepted without reference to financial ability to make repayment. The Company shall indemnify a Member, Organizer or Manager who is wholly successful, on the merits or otherwise, in the defense of any such proceeding, as a matter of right, against reasonable expenses incurred by the individual in connection with the proceeding without the requirement of a determination as set forth in paragraph (C) of this Article. Upon demand by a Member, Organizer or Manager for indemnification or advancement of expenses, as the case may be, the Company shall expeditiously determine whether the Member, Organizer or Manager is entitled thereto in accordance with this Article. The indemnification and advancement of expenses provided for under this Article shall be applicable to any proceeding arising from acts or omissions occurring before or after the adoption of this Article.

(B)   The Company shall have the power, but not the obligation, to indemnify any individual who is or was an employee or agent of the Company to the same extent as if such individual was a Member, Organizer or Manager.

(C)   Indemnification of an individual is permissible under this Article only if: (i) such individual conducted himself or herself in good faith; (ii) such individual reasonably believed that

2

Approved and Filed
1998031492/8482867
Filing Date: 01/06/2020
Effective :01/03/2020 11:50
CONNIE LAWSON
Indiana Secretary of State

his or her conduct was in or at least not opposed to the Company's best interest; and (iii) in the case of any criminal proceeding, such individual had no reasonable cause to believe his or her conduct was unlawful. Indemnification is not permissible against liability to the extent such liability is the result of negligence, willful misconduct, recklessness, or any improperly obtained financial or other benefit to which the individual was not legally entitled. The termination of a proceeding by judgment, order, settlement, conviction or upon a plea of nolo contendere or its equivalent is not, of itself, determinative that the individual did not meet the standard of conduct described in this paragraph (C).

(D)     A determination as to whether indemnification or advancement of expenses is permissible shall be made by any one of the following procedures:

   (i)    By the Members by a majority vote consisting of Members not at the time parties to the proceeding; or

   (ii)   By special legal counsel selected by the Members in the manner prescribed in sub-paragraph (D)(i) above.

(E)     A Member, Organizer or Manager of the Company who is a party to a proceeding may apply for indemnification from the Company to the court, if any, conducting the proceeding or to another court of competent jurisdiction. On receipt of an application, the court, after giving notice the court considers necessary, may order indemnification if it determines:

   (i)    In a proceeding in which the Member, Organizer or Manager is wholly successful, on the merits or otherwise, the Member, Organizer or Manager is entitled to indemnification under this Article, in which case the court shall order the Company to pay the individual his or her reasonable expenses incurred to obtain such court ordered indemnification; or

   (ii)   The individual is fairly and reasonably entitled to indemnification in view of all the relevant circumstances, whether or not the individual met the standard of conduct set forth in paragraph (C) of this Article.

(F)     Indemnification shall also be provided for an individual's conduct with respect to an employee benefit plan if the individual reasonably believed his or her conduct to be in the interests of the participants in and beneficiaries of the plan.

(G)     Nothing contained in this Article shall limit or preclude the exercise or be deemed exclusive of any right under the law, by contract or otherwise, relating to indemnification of or advancement of expenses to any individual who is or was a Member, Organizer or Manager of the Company or is or was serving at the Company's request as a director, officer, partner, manager, trustee, employee, or agent of another foreign or domestic company, partnership, association, limited liability company, corporation, joint venture, trust, employee benefit plan, or other enterprise, whether for-profit or not. Nothing contained in this Article shall limit the ability of the Company to

3

Approved and Filed
1998031492/8482867
Filing Date: 01/06/2020
Effective :01/03/2020 11:50
CONNIE LAWSON
Indiana Secretary of State

otherwise indemnify or advance expenses to any individual. It is the intent of this Article to provide indemnification to Members, Organizers and Managers to the fullest extent now or hereafter permitted by the law consistent with the terms and conditions of this Article. Indemnification shall be provided in accordance with this Article irrespective of the nature of the legal or equitable theory upon which a claim is made including without limitation negligence, breach of duty, mismanagement, waste, breach of contract, breach of warranty, strict liability, violation of federal or state securities law, violation of the Employee Retirement Income Security Act of 1974, as amended, or violation of any other state or federal law.

(H) For purposes of this Article:

(i) The term "expenses" includes all direct and indirect costs (including without limitation counsel fees, retainers, court costs, transcripts, fees of experts, witness fees, travel expenses, duplicating costs, printing and binding costs, telephone charges, postage, delivery service fees and all other disbursements or out-of-pocket expenses) actually incurred in connection with the investigation, defense, settlement or appeal of a proceeding or establishing or enforcing a right to indemnification under this Article, applicable law or otherwise.

(ii) The term "liability" means the obligation to pay a judgment, settlement, penalty, fine, excise tax (including an excise tax assessed with respect to an employee benefit plan), or reasonable expenses incurred with respect to a proceeding.

(iii) The term "party" includes an individual who was, is or is threatened to be made a named defendant or respondent in a proceeding.

(iv) The term "proceeding" means any threatened, pending or completed action, suit or proceeding, whether civil, criminal, administrative or investigative and whether formal or informal.

(I) The Company may purchase and maintain insurance for its benefit, the benefit of any individual who is entitled to indemnification under this Article, or both, against any liability asserted against or incurred by such individual in any capacity or arising out of such individual's service with the Company, whether or not the Company would have the power to indemnify such individual against such liability.

4

# State of Indiana
## Office of the Secretary of State

### CERTIFICATE OF MERGER
### of
### ADT LLC

I, HOLLI SULLIVAN, Secretary of State, hereby certify that an Articles of Merger of the above Foreign Limited Liability Company have been presented to me at my office, accompanied by the fees prescribed by law and that the documentation presented conforms to law as prescribed by the provisions of the Indiana Code.

The following non-surviving entity(s):

**DEFENDERS, LLC**

a(n) Domestic Limited Liability Company

merged with and into the surviving entity(s):

**ADT LLC**

NOW, THEREFORE, with this document I certify that said transaction will become effective Wednesday, March 31, 2021.



In Witness Whereof, I have caused to be affixed my signature and the seal of the State of Indiana, at the City of Indianapolis, March 31, 2021

*Holli Sullivan*

HOLLI SULLIVAN
SECRETARY OF STATE

2012020800159 /8957632
To ensure the certificate's validity, go to https://bsd.sos.in.gov/PublicBusinessSearch

Approved and Filed
2012020800159/8957632
Filing Date: 03/31/2021
Effective :03/31/2021 11:15 PM
HOLLI SULLIVAN
Indiana Secretary of State



# ARTICLES OF MERGER
State Form 56363 (R5 / 6-19)

Indiana Code 23-0.5-9-45
23-0.6-2-5

FILING FEE:
For-Profit Entities: $90.00

The undersigned, desiring to engage in a merger pursuant to the provisions of Indiana Code 23-0.6-2, executes the following Articles of Merger.

## ARTICLE I – NON-SURVIVING ENTITIES

*Please provide the name, entity type, and jurisdiction of formation for each merging entity that is not the surviving entity.*

| Name | Entity Type | Jurisdiction of Formation |
|---|---|---|
| Defenders, LLC | Limited Liability Company | Indiana |
|  |  |  |
|  |  |  |
|  |  |  |

## ARTICLE II – SURVIVING ENTITY

**SECTION 1:** Name of the entity *(The name must meet the requirements of Indiana Code 23-0.5-3-1.)*
The name of the merging entity that is the surviving entity
ADT LLC

**SECTION 2:** Entity type *(Example: corporation, limited liability company, etc.)*
The entity type of the surviving entity
Limited Liability Company

**SECTION 3:** Jurisdiction
The jurisdiction of formation of the surviving entity
Delaware

## ARTICLE III – REGISTERED AGENT INFORMATION

*To determine if your Registered Agent is a Commercial Registered Agent (CRA), go to INBIZ.in.gov.*

Provide either commercial registered agent or noncommercial registered agent information below.

☑ Commercial registered agent    Name of registered agent *(Do not provide address.)*
C T Corporation System

OR

☐ Noncommercial registered agent    Name of registered agent

| Address (number and street) (A P.O. Box is not acceptable unless accompanied by a Rural Route number.) | City | State | ZIP code |
|---|---|---|---|
|  |  | IN |  |

*(OPTIONAL)* E-mail address of the registered agent at which the registered agent will accept electronic service of process

☑ By checking the box, the Signator(s) represent(s) that the Registered Agent named in these Articles of Merger has consented to the appointment of Registered Agent.

## ARTICLE IV – EFFECTIVE DATE

Effective date of the Articles of Merger *(month, day, year) (The effective date may not be more than ninety (90) days after the date the Articles of Merger were filed.)*
March 31, 2021 at 11:51 PM

## ARTICLE V – ADDITIONAL INFORMATION

*Please complete either a. or b. below.*

a. If the surviving entity is a domestic entity, please attach any amendments to the entity's public organic record approved as part of the plan of merger as required by Indiana Code 23-0.6-2-5(b)(5) and designate it "Exhibit A."

b. If the surviving entity is a foreign entity that is not a registered foreign entity, please provide an address to which the Secretary of State may send any process served on the Secretary of State under Indiana Code 23-0.5-2-6(e).

| Number and street | City | State | ZIP code |
|---|---|---|---|

RECEIVED
IND. SECRETARY OF STATE
MAR 31 2021

Approved and Filed
2012020800159/8957632
Filing Date: 03/31/2021
Effective :03/31/2021 11:15 PM
HOLLI SULLIVAN
Indiana Secretary of State

## ARTICLE VI – APPROVAL

This merger was approved in accordance with Indiana Code 23-0.6.

In Witness Whereof, the undersigned duly authorized representative(s) of the merging entity(ies) executes these Articles of Merger and verifies, subject to penalties of perjury, that the statements contained herein are true, this 29th day of March, 20 21.

| Signature | Printed name | Title |
|---|---|---|
| *R.J. Mattessich* | Richard Mattessich | Vice President, Assistant Secretary |
| Signature | Printed name | Title |
| Signature | Printed name | Title |
| Signature | Printed name | Title |